UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL LAWRENCE,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN HAVILAND et al,<br><br>    Defendant. | Case Number: CV09-03795 TEH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 28, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl Lawrence #:F-01071
Pelican Bay State Prison
P.O. Box 7500, Cell #B-7, 201
Crescent City, CA 95532


Dated: January 28, 2010

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk